```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 06 B 17160
    BRUCE SCHMITZ
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-7587


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/27/06 and confirmed on 04/27/07.

    2.  The case was dismissed after confirmation, 07/25/2008.

    3.  The Debtor paid a total of $   6196.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO BANK | SECURED VEHIC | .00 | .00 | .00 |
| KIM SCHMITZ | CHILD SUPPORT | NOT FILED | .00 | .00 |
| KIM SCHMITZ | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 11499.28 | .00 | 1164.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 4824.16 | .00 | 488.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 27098.81 | .00 | 2743.97 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CIT GROUP CONSUMER FINAN | UNSECURED | 4000.00 | .00 | 405.04 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 504.30 | .00 | 51.07 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1232.26 | .00 | 124.78 |
| WORLD FINANCIAL NETWORK | UNSECURED | 3062.95 | .00 | 310.13 |
| KIM SCHMITZ | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2943.02 | .00 | 297.97 |
| US BANK | UNSECURED | 2500.00 | .00 | 253.16 |
| US BANK | UNSECURED | 1000.00 | .00 | 101.25 |
| ZALK & BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE FILED LATE | | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 58664.78 | .00 | 58664.78 |
| PRINCIPAL PAID | .00 | .00 | 5940.24 | .00 | 5940.24 |

```
INTEREST PAID                        .00          .00         .00          .00          .00
TOTAL PAID                           .00          .00    5940.24          .00     5940.24
```

The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $         .00 and was paid $       .00 .

The Trustee received $    255.76 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 17160 BRUCE SCHMITZ